| Person ID | National ID Number | First Name | Last Name | Adjusted Service Date | Event Reason Icode (Label) | Effective Start Date | Amount | ANNUALIZED SALARY | Pay Frequency (Frequency Name) | Pay Grade (Pay Grade/Rate Name) | Business Unit (Label) | Department (Label) | Sub-Department (Label) | As Of Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1376812 | -3684 | Nicole | Stewart | 10/26/2014 | New Hire - Rehire | 1/4/2019 | 13.5 | 28080 | Hourly | | Operations Administration | Southern Operations | Region 28 | 9/20/2022 |
| 1376812 | -3684 | Nicole | Stewart | 10/26/2014 | Position Change Lateral - No Pay Change | 1/10/2019 | 13.5 | 28080 | Hourly | | Operations Administration | Eastern Operations | Region 16 | 9/20/2022 |
| 1376812 | -3684 | Nicole | Stewart | 10/26/2014 | Promotion - Pay Change | 3/15/2019 | 17.25 | 35880 | Hourly | | Operations Administration | Eastern Operations | Region 16 | 9/20/2022 |
| 1376812 | -3684 | Nicole | Stewart | 10/26/2014 | Position Change Lateral - No Pay Change | 7/4/2019 | 17.25 | 35880 | Hourly | | Operations Administration | Western Operations | Region 28 | 9/20/2022 |
| 1376812 | -3684 | Nicole | Stewart | 10/26/2014 | Merit - Annual Increase | 10/31/2019 | 17.92 | 37273.6 | Hourly | | Operations Administration | Western Operations | Region 28 | 9/20/2022 |
| 1376812 | -3684 | Nicole | Stewart | 10/26/2014 | Position Change Lateral - No Pay Change | 4/8/2020 | 17.92 | 37273.6 | Hourly | | Operations Administration | Western Operations | Region 28 | 9/20/2022 |

EXHIBIT B