

Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Foreign Profit Corporation
WALGREEN CO.

**Filing Information**

| | |
|---|---|
| **Document Number** | 813203 |
| **FEI/EIN Number** | 36-1924025 |
| **Date Filed** | 11/21/1958 |
| **State** | IL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 02/22/1984 |
| **Event Effective Date** | NONE |

**Principal Address**

200 WILMOT ROAD
DEERFIELD, IL 60015

Changed: 04/22/2021

**Mailing Address**

200 WILMOT ROAD
DEERFIELD, IL 60015

Changed: 04/22/2021

**Registered Agent Name & Address**

PRENTICE-HALL CORPORATION SYSTEM, INC.
1201 HAYS STREET
SUITE 105
TALLAHASSEE, FL 32301

Address Changed: 10/07/1974

**Officer/Director Detail**

**Name & Address**

Title PRESIDENT/DIRECTOR

Standley, John
108 WILMOT ROAD
DEERFIELD, IL 60015

EXHIBIT C

Title VP

Brown, Brian
108 WILMOT ROAD
DEERFIELD, IL 60015

Title Director, CFO, Treasurer, SVP

Gruener, Jeffery
108 Wilmot Road
DEERFIELD, IL 60015

Title ASSISTANT TREASURER

HALLIDAY, SUSAN
108 WILMOT ROAD
DEERFIELD, IL 60015

Title Asst. Treasurer

SAYLOR, JOHN
108 WILMOT ROAD
DEERFIELD, IL 60015

Title Secretary

AMSBARY, JR., JOSEPH B.
108 WILMOT ROAD
DEERFIELD, IL 60015

Title Senior Vice President, Operations

BADGLEY, LISA
108 WILMOT ROAD
DEERFIELD, IL 60015

### Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2021 | 04/22/2021 |
| 2021 | 07/23/2021 |
| 2022 | 04/19/2022 |

### Document Images

| | |
| --- | --- |
| 04/19/2022 -- ANNUAL REPORT | View image in PDF format |
| 07/26/2021 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 07/23/2021 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/22/2021 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2020 -- ANNUAL REPORT | View image in PDF format |
| 09/16/2019 -- AMENDED ANNUAL REPORT | View image in PDF format |

| Date | Type | |
|---|---|---|
| 03/14/2019 | ANNUAL REPORT | View image in PDF format |
| 12/24/2018 | AMENDED ANNUAL REPORT | View image in PDF format |
| 12/21/2018 | AMENDED ANNUAL REPORT | View image in PDF format |
| 08/09/2018 | AMENDED ANNUAL REPORT | View image in PDF format |
| 04/26/2018 | ANNUAL REPORT | View image in PDF format |
| 10/25/2017 | AMENDED ANNUAL REPORT | View image in PDF format |
| 04/20/2017 | ANNUAL REPORT | View image in PDF format |
| 04/29/2016 | ANNUAL REPORT | View image in PDF format |
| 04/23/2015 | ANNUAL REPORT | View image in PDF format |
| 04/29/2014 | ANNUAL REPORT | View image in PDF format |
| 04/24/2013 | ANNUAL REPORT | View image in PDF format |
| 02/28/2012 | ANNUAL REPORT | View image in PDF format |
| 04/25/2011 | ANNUAL REPORT | View image in PDF format |
| 04/21/2010 | ANNUAL REPORT | View image in PDF format |
| 04/24/2009 | ANNUAL REPORT | View image in PDF format |
| 02/08/2008 | ANNUAL REPORT | View image in PDF format |
| 01/16/2007 | ANNUAL REPORT | View image in PDF format |
| 04/10/2006 | ANNUAL REPORT | View image in PDF format |
| 04/26/2005 | ANNUAL REPORT | View image in PDF format |
| 05/03/2004 | ANNUAL REPORT | View image in PDF format |
| 04/28/2003 | ANNUAL REPORT | View image in PDF format |
| 05/02/2002 | ANNUAL REPORT | View image in PDF format |
| 04/19/2001 | ANNUAL REPORT | View image in PDF format |
| 05/01/2000 | ANNUAL REPORT | View image in PDF format |
| 04/29/1999 | ANNUAL REPORT | View image in PDF format |
| 05/06/1998 | ANNUAL REPORT | View image in PDF format |
| 05/15/1997 | ANNUAL REPORT | View image in PDF format |
| 05/01/1996 | ANNUAL REPORT | View image in PDF format |
| 05/02/1995 | ANNUAL REPORT | View image in PDF format |

Florida Department of State, Division of Corporations