# IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
# IN AND FOR LEON COUNTY, FLORIDA
# CIVIL DIVISION

**NICOLE STEWART,**

    **Plaintiff,**

                        Case No: 2022-CA-00898

v.

**WALGREEN CO.,**

    **Defendant.**

_____/

## NOTICE OF FILING NOTICE OF REMOVAL

YOU ARE HEREBY NOTIFIED that the attached copy of the Notice of Removal to the United States District Court for the Northern District of Florida, Tallahassee Division, has been filed with the Clerk of said District Court in Tallahassee, Florida, by using the CM/ECF system, on this 23rd day of September, 2022. Pursuant to 28 U.S.C. § 1446, Defendant respectfully requests that this Court proceed no further in this cause unless and until this action is remanded to state court.

Dated this 23rd day of September, 2022.

                        Respectfully submitted,

                        *s/ Gregory A. Hearing*
                        GREGORY A. HEARING
                        Florida Bar No.: 817790
                        gregory.hearing@gray-robinson.com
                        BENJAMIN W. BARD
                        Florida Bar No.: 95514
                        benjamin.bard@gray-robinson.com
                        GRAYROBINSON, P.A.
                        401 E. Jackson Street, Suite 2700
                        Post Office Box 3324 (33601-3324)
                        Tampa, Florida, 33602
                        Tel:   (813) 273-5000

**EXHIBIT D**

Fax: (813) 273-5145
Attorneys for Defendant
Tel: (813) 273-0050
Fax: (813) 273-0072
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of September, 2022, I electronically filed the foregoing with the Clerk of the Court by using the Florida Courts E-Filing Portal, which will send a notice of the electronic filing to the following:

Marie A. Mattox
MARIE A. MATTOX, P.A.
203 North Gadsden Street
Tallahassee, FL 32301

Attorney for Plaintiff

*s/ Gregory A. Hearing*
Attorney