HOME | ONLINE SERVICES + | COURT SERVICES + | RECORDS + | FEES

CLERK TO THE BOARD + | USEFUL LINKS + | HOW DO I....

# Leon County Clerk of the Circuit Court and Comptroller
# Court Case Search

Full Case View                                              **Print Page**

**37 2022 CA 000898 - STEWART, NICOLE vs WALGREEN CO**

| Party Status | Party | Party Code | Attorney | Attorney Status |
|---|---|---|---|---|
| | WALGREEN CO , | DEFENDANT | PRO SE | ACTIVE |
| | STEWART, NICOLE | PLAINTIFF | MARIE A MATTOX | ACTIVE |

Top of Page

| Action Dscr | Open/Reopen Status | Open/Reopen Date | Disposition | Disposition Date | Judge |
|---|---|---|---|---|---|
| OTHER DISCRIMINATION | OPEN | 5/30/2022 | | | COOPER |

Top of Page

| Charge # | Action Code | Description | Plea Date | Plea | Decision Date | Court Action | Charge Disposition | Citation |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Top of Page

| Judges Appearing on Case | | | |
|---|---|---|---|
| Last Name | First Name | Date Assigned | Source |
| COOPER | JOHN | 5/31/2022 9:26:23 AM | BM |

Top of Page

**Viewing Option for Sensitive and Confidential Cases**

**Non-Viewable images in Court Cases Requiring Clerk Assistances**



e-Certify

| Docket Table Headers Are Sortable. Click For Ascending, Again For Descending Order | | | | | | | |
|---|---|---|---|---|---|---|---|
| Source Table Abbreviations: BM = Benchmark; JIS = Justice Informations System | | | | | | | |
| Docket Date | CCISSeqNbr ↓ | Docket Code | ECertify | Docket Text | OR Book | OR Page | Source |
| 5/31/2022 | 1 | a002 | | JUDGE COOPER, JOHN C: ASSIGNED | | | BM |
| 5/30/2022 | 2 | CCS PDF | ☐ ‹‹-*Req $* | CIVIL COVER SHEET | | | BM |
| 5/30/2022 | 3 | COMP_CA PDF | ☐ ‹‹-*Req $* | COMPLAINT | | | BM |
| 5/30/2022 | 4 | SUIS PDF | ☐ ‹‹-*Req $* | SUMMONS ISSUED | | | BM |
| 5/31/2022 | 5 | RECEIPT PDF | ☐ ‹‹-*Req $* | PAYMENT $410.00 RECEIPT #1642081 | | | BM |
| 5/31/2022 | 6 | UOCC PDF | | UNIFORM ORDER FOR ACTIVE, DIFFERENTIAL CIVIL CASE MANAGEMENT E-NOTICED via email on 2022-05-31 | | | BM |
| 8/26/2022 | 7 | ROSE PDF | ☐ ‹‹-*Req $* | RETURN OF SERVICE EXECUTED - WALGREEN CO. | | | BM |

[Top of Page]

| Event | Date | Start | Location | Judge | Result | Source |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

[Top of Page]

| Docket Application | Owed | Paid | Dismissed | Due |
|---|---|---|---|---|
| COMPLAINT | $400.00 | $400.00 | $0.00 | $0.00 |
| SUMMONS ISSUED | $10.00 | $10.00 | $0.00 | $0.00 |

[Top of Page]

| Ar Plan | | | | |
|---|---|---|---|---|
| Ordered Amt | Paid | Dismissed | Balance | Delinquent |
|  |  |  |  |  |

[Top of Page]

# VERIFIED RETURN OF SERVICE

Job # T223667

**Client Info:**

MARIE MATTOX, PA
MARIE MATTOX
203 NORTH GADSDEN STREET
Tallahassee, FL  32301

**Case Info:**

| PLAINTIFF: | CIRCUIT COURT |
|---|---|
| NICOLE STEWART | |
| -versus- | County of Leon, Florida |
| DEFENDANT: | Court Case # 2022-CA-000898 |
| WALGREEN CO. | |

**Service Info:**

Received by BRENNAN FOGARTY: on August, 22nd 2022 at 11:31 AM
Service: I Served **WALGREEN CO. C/O PRENTICE-HALL CORPORATION SYSTEM, INC. - REGISTERED AGENT**
With: **SUMMONS; COMPLAINT; CIVIL CASE MANAGEMENT ORDER**
by leaving with **Monalisa Hart, REGISTERED AGENT CLERK**

At Business 1201 HAYS STREET, SUITE 105 TALLAHASSEE, FL 32301
On **8/25/2022** at **01:40 PM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

I **BRENNAN FOGARTY** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

[signature: Brennan Fogarty]

**BRENNAN FOGARTY**
Lic # **230**

**ACCURATE SERVE OF TALLAHASSEE**
400 CAPITAL CIRCLE SE STE 18291
Tallahassee, FL 32301
Phone: (850) 519-5494

Our Job # **T223667**




1 of 1